UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NATHANIEL IVAN DURANT,<br><br>    Defendant. | CASE NO. CR08-425-RAJ<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

A hearing on supervised release revocation in this case was scheduled before me on September 1, 2011. The United States was represented by AUSA Andrew Colasurdo and the defendant by Bruce Erickson. The proceedings were digitally recorded.

Defendant had been sentenced on or about May 8, 2009 by the Honorable Richard A. Jones on a charge of Felon in Possession of a Firearm, and sentenced to 27 months custody, 3 years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in a substance abuse program, abstain from alcohol, submit to search, not associate with any known gang members, and obtain his GED within six

months of release.   (Dkt. 26.)

In an application dated (Dkt. ), U.S. Probation Officer alleged the following violations of the conditions of supervised release:

1. Changing residences, on or before July 18, 2011, without notifying the probation officer in violation of standard condition number 6.

2. Failing to report for drug testing on July 28, August 11, and August 19, 2011, in violation of the special condition ordering him to participate in drug testing as instructed by the probation officer.

3. Failing to work regularly at a lawful occupation in violation of standard condition number 5.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted violations 2 and 3 and waived any evidentiary hearing as to whether they occurred. The government moved to dismiss violation 1 . (Dkt. 34.)

I therefore recommend the Court find defendant violated his supervised release as alleged in violations 2 and 3, that the Court dismiss violation 1, and that the Court conduct a hearing limited to the issue of disposition.   The next hearing will be set before Judge Jones.

Pending a final determination by the Court, defendant has been detained.

DATED this 1st day of September, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable Richard A. Jones
AUSA: Andrew Colasurdo
Defendant's attorney: Bruce Erickson
Probation officer: Michael S. Larsen

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3