# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHANIEL IVAN DURANT,<br><br>Defendant. | NO. CR08-425-RAJ<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on February 21, 2012. The United States was represented by Assistant United States Attorney Stephen Hobbs for Carl Colasurdo, and the defendant by Bruce David Erickson.

The defendant had been charged with Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1). On or about May 8, 2009, defendant was sentenced by the Honorable Richard A. Jones to a term of 27 months in custody, to be followed by 3 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse program, search, no association with gang members, and 60 days home confinement with sobrietor.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

In a Petition for Warrant or Summons dated December 15, 2011, U.S. Probation Officer Michael S. Larsen asserted the following violations by defendant of the conditions of his supervised release:

1. Committing the crime of Criminal Trespass on or about December 6, 2011, in violation of the general condition that he not commit another federal, state, or local crime.

2. Failing to notify the probation officer within 72 hours of his arrest, on December 6, 2011, in violation of standard condition number 11.

3. Ingesting alcohol, on or about December 6, 2011, in violation of special condition ordering him to abstain from the use of alcohol and all other intoxicants.

4. Changing residences without notifying the probation officer, on or before December 6, 2011, in violation of standard condition number 6.

The defendant was advised of his rights, acknowledged those rights, and admitted to violations 1, 2, 3 and 4.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1, 2, 3 and 4, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Richard A. Jones on March 16, 2012 at 8:30 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 21st day of February, 2012.

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Richard A. Jones
    AUSA: Carl Colarsudo
    Defendant's attorney: Bruce Erickson
    Probation officer: Michael S. Larsen

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2